# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. 3:19cr101 |
| **Plaintiff,** | : | |
| vs. | : | JUDGE WALTER H. RICE |
| **JAMIL BARKER** | : | |
| **Defendant.** | : | |

---

### ENTRY REFERRING DEFENDANT TO DR. MASSIMO De MARCHIS, PSY.D., FOR A SUPPLEMENTAL EXAMINATION TO DETERMINE PRESENT MENTAL STATUS OF DEFENDANT, PURSUANT TO 18 U.S.C. §3552(c); PROCEDURES ORDERED OF COUNSEL; REQUEST OF DR. De MARCHIS AND OF COUNSEL

---

This Court, upon its own motion, pursuant to 18 U.S.C. §3552(c), refers Defendant herein to Dr. Massimo De Marchis, Psy.D., for the purpose of a supplemental mental status evaluation.

Accordingly, it is the request of this Court that counsel for the Defendant and the government furnish Dr. Massimo De Marchis, Psy.D. with any additional materials and/or statements they wish within seven days from date of this Entry. Dr. Massimo De Marchis, Psy.D. should delay any evaluation until expiration of the seven day period.

The officials at the Montgomery County Jail are to do all within their power to facilitate this evaluation.

August 3, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal
Montgomery County Jail